IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARA MCENROE,

    Plaintiff,

v.

LOCAL 9400, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, et al.,

    Defendants.

No. C 14-03461 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismissed, filed by Defendant Communications Workers of America, which has been noticed for hearing on Friday, October 31, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the hearing date, and it takes the motion under submission and will decide it on the papers.

The Court also CONTINUES the case management conference scheduled for October 31, 2014 at 11:00 a.m. to November 14, at 11:00 a.m. The parties' joint case management conference statement shall be due on or before November 7, 2014.

**IT IS SO ORDERED.**

Dated: October 22, 2014

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE