MICHAEL G. MILLER, (SBN 136491)
ISAAC M. GRADMAN (SBN 243344)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff
SARA McENROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA McENROE,<br><br>      Plaintiff,<br><br>v.<br><br>LOCAL 9400, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; DISTRICT 9, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor organization; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. C-14-03461 JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:        November 14, 2014<br>Time:       11:00 a.m.<br>Courtroom:  5, Second Floor<br>                 1301 Clay Street<br>                 Oakland, California<br><br>Trial Date: None set |

      Pursuant to the Parties' November 5, 2014 telephone conference, the Parties have agreed that they are amenable to continuing the Initial Case Management Conference, currently set for November 14, 2014. Lead trial counsel for Plaintiff, SARA McENROE, is unavailable for in-person appearance on November 14, 2014.

      Accordingly, it is hereby STIPULATED by and between counsel for the respective parties in the above-entitled action that the Court continue the Case Management Conference to December 5, 2014; January 9, 2015; or the earliest available date on the court's docket thereafter.

SO STIPULATED

Dated: November 5, 2014     PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

By:    */S/ ISAAC M. GRADMAN*
        MICHAEL G. MILLER
        ISAAC M. GRADMAN
Attorneys for Plaintiff
SARA McENROE

Dated: November 5, 2014     WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:    */S/ ANNE I. YEN*
        ANNE I. YEN
Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA;
COMMUNICATIONS WORKERS OF AMERICA LOCAL 9400

The Court CONTINUES the case management conference from November 14, 2014 to December 5, 2014 at 11:00 a.m. The parties' joint case management conference statement shall be due on or before November 28, 2014.

**IT IS SO ORDERED**.

November 6, 2014

*[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
United States District Court

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C-14-03461-JSW