IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARA MCENROE,

    Plaintiff,

  v.

LOCAL 9400, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, et al.,

    Defendants.

No. C 14-03461 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

The Court has received the parties' joint case management conference statement. The Court HEREBY CONTINUES the case management conference scheduled for December 5, 2014 at 11:00 a.m. to December 12, 2014, at 11:00 a.m. The parties' proposed dates are based on a request for a trial in "early to mid-2016." The Court HEREBY ORDERS the parties to submit a supplemental joint case management statement by December 8, 2014, that sets forth *specific* dates for trial, pretrial conference, deadline to hear dispositive motions, discovery cut-offs, and designations of experts. In selecting dates for the deadline to hear dispositive motions and the final pretrial conference, the Court directs the parties to refer to its Guidelines for Civil Jury Trials so that they may familiarize themselves with the deadlines associated with pretrial conference filings.

    **IT IS SO ORDERED.**

Dated: December 1, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE