**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SARA MCENROE,** | Case No.: 15-cv-2190 YGR |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| vs. | |
| **AT&T MOBILITY SERVICES, LLC,** | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the undersigned **ORDERS** that the above-captioned case is referred to Judge Haywood S. Gilliam to consider whether it is related to the following:

*Sara McEnroe v. Local 9400, Communication Workers of America, AFL-CIO; District 9, Communication Workers of America, AFL-CIO; and Communication Workers of America, AFL-CIO*, 14-cv-03461 HSG.

The Court notes that removing defendant AT&T Mobility Services, LLC, filed a Notice of Pendency of Other Action or Proceeding, under Local Rule 3-13, rather than a motion to consider whether cases should be related, as required by Local Rule 3-12(b).

**IT IS SO ORDERED.**

Date: June 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**