1  MICHAEL G. MILLER, (SBN 136491)
   SCOTT LEWIS, (SBN 149094)
2  HEATHER-ANN T. YOUNG (SBN 283211)
   PERRY, JOHNSON, ANDERSON,
3  MILLER & MOSKOWITZ, LLP
   438 1st Street, 4th Floor
4  Santa Rosa, California 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9  SARA McENROE,                    Case No. C-14-03461 HSG

10         Plaintiff,               **STIPULATION**

11     v.

12 LOCAL 9400, COMMUNICATIONS
   WORKERS OF AMERICA, AFL-CIO, a    Date: November 12, 2015
13 Labor Organization; DISTRICT 9,   Time: 2:00 p.m.
   COMMUNICATIONS WORKERS OF         Dept.: Courtroom 15, 18th Floor
14 AMERICA, AFL-CIO, a Labor         Judge: Hon. Haywood S. Gilliam, Jr.
   organization; COMMUNICATIONS
15 WORKERS OF AMERICA, AFL-CIO, a
   Labor Organization; and DOES 1 through
16 20, inclusive,

17         Defendants.

18 IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and their

19 respective counsel that:

20     1) The deposition of Tom Runnion was originally noticed for November 2, 2015 by

21 Plaintiff's counsel on October 15, 2015.

22     2) Mr. Runnion and Defendant's counsel were not available on this date and are

23 unable to attend until November 17, 2015.

24     3) November 13, 2015 is the deadline for close of non-expert discovery as set by Order

25 Scheduling Trial and Pretrial Matters dated December 15, 2014 and signed by Jeffrey S.

26 White, ECF 33.

27 ///

28

1

STIPULATION

1    4) All parties have stipulated to allow this deposition to occur after the deadline for

2  non-expert discovery on November 17, 2015

3    5) The parties do not anticipate this altering any other case deadlines set forth in the

4  December 15, 2014 Scheduling Order signed by Judge White.

5    6) Pursuant to Federal Rules of Civil Procedure, 29(b), the parties are requesting court

6  approval for this extension of the deadline for this deposition.

7  IT IS SO STIPULATED.

8

9
                                                   PERRY, JOHNSON, ANDERSON,
                                                   MILLER & MOSKOWITZ, LLP

10

11  DATED: October $\frac{28}{}$, 2015          By:

12                                                 MICHAEL G. MILLER
                                                   SCOTT LEWIS
                                                   HEATHER ANN T. YOUNG
13                                                 Attorneys for Plaintiff
                                                   SARA MCENROE

14
                                                   WEINBERG, ROGER & ROSENFELD

15

16  DATED: October $\frac{29}{}$, 2015          By:

                                                   DAVID A. ROSENFELD
17                                                 ANNE I. YEN
                                                   Attorneys for Defendant
18                                                 LOCAL 9400, COMMUNICATIONS
                                                   WORKERS OF AMERICA, AFL-CIO

19

20

21

22

23

24

25

26

27

28

                                        2
STIPULATION

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

1  MICHAEL G. MILLER, (SBN 136491)
   SCOTT LEWIS, (SBN 149094)
2  HEATHER-ANN T. YOUNG (SBN 283211)
   PERRY, JOHNSON, ANDERSON,
3  MILLER & MOSKOWITZ, LLP
   438 1ˢᵗ Street, 4ᵗʰ Floor
4  Santa Rosa, California 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9  SARA McENROE,                    Case No. C-14-03461 HSG

10       Plaintiff,

11       v.

12  LOCAL 9400, COMMUNICATIONS
    WORKERS OF AMERICA, AFL-CIO, a
13  Labor Organization; DISTRICT 9,          ~~PROPOSED~~ ORDER
    COMMUNICATIONS WORKERS OF
14  AMERICA, AFL-CIO, a Labor
    organization; COMMUNICATIONS
15  WORKERS OF AMERICA, AFL-CIO, a
    Labor Organization; and DOES 1 through
16  20, inclusive,

17       Defendants.

18              **ORDER**

19

20       IT IS HEREBY ORDERED, pursuant to the above stipulation that the Court will

21  allow the deposition of Tom Runnion to take place on November 17, 2015 which is after the

22  date set for non-expert discovery cut-off set forth in Judge White's Order Scheduling Trial and

23  Pretrial Matters filed on December 15, 2015. This Order will not extend to any other deadlines

24  set forth in Judge White's Scheduling order.

25  IT IS SO ORDERED.

26  DATED: 11/2/2015

27                          HON. HAYWOOD S. GILLIAM, JR.

28

                              3

STIPULATION

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP