UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MCENROE,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL 9400, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, et al.,<br><br>Defendants. | Case No. 14-cv-03461-HSG<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING** |

Plaintiff Sara McEnroe filed this action on August 16, 2012, in Sonoma County Superior Court, against Defendants Local 9400, Communications Workers of America, AFL-CIO; District 9, Communications Workers of America, AFL-CIO; and Communications Workers of America, AFL-CIO. Dkt. No. 1. Defendants removed the case to this Court on July 30, 2014. *Id.* In the operative complaint, filed on August 27, 2014, Plaintiff alleges a single cause of action for breach of the duty of fair representation as to Plaintiff's unlawful termination grievance, which is a "hybrid" claim under § 301 of the Labor Management Relations Act ("LMRA"). Dkt. No. 11.

Defendants filed a motion for summary judgment on October 7, 2015. Dkt. No. 41. A hearing on the motion was held on November 12, 2015, at which Plaintiff represented that additional discovery taken since she filed the opposition to the motion for summary judgment demonstrates a genuine dispute of material fact. While the Court doubts that Plaintiff has made the required showing under Rule 56(d) that "for specified reasons, [she] cannot present facts essential to justify [her] opposition," the Court finds in an abundance of caution that supplemental briefing regarding the additional discovery is warranted to ensure that a decision on the motion for summary judgment is made on the basis of a complete evidentiary record.

Accordingly, Plaintiff is ordered to file a supplemental brief of no more than ten pages,

clearly setting out those new facts discovered after the opposition was filed that bear on (1) when the alleged breach of the duty of fair representation occurred; (2) what constituted the alleged breach of the duty of fair representation; and (3) why there is a genuine dispute of material fact regarding whether Defendants breached the duty of fair representation.  Plaintiff shall file the supplemental brief by November 30, 2015.  Defendants need not file a responsive supplemental brief unless the Court so orders following its review of Plaintiff's filing.

**IT IS SO ORDERED.**

Dated: November 13, 2015

                                                                        HAYWOOD S. GILLIAM, JR.
                                                                        United States District Judge