MICHAEL G. MILLER, (SBN 136491)
SCOTT LEWIS, (SBN 149094)
HEATHER-ANN T. YOUNG (SBN 283211)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California  95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA McENROE,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCAL 9400, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; DISTRICT 9, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor organization; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, a Labor Organization; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  C-14-03461 HSG<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above stipulation that the Court will allow the deadline for disclosure of Expert Witnesses as set forth in Judge White's December 15, 2015 Order Scheduling Trial and Pretrial Matters be moved from December 11, 2015 to December 18, 2015.  This Order will not extend to any other deadlines set forth in Judge White's Scheduling order.

IT IS SO ORDERED.

DATED: December 1, 2015                                         _/s/ Haywood S. Gilliam, Jr._
                                                                                  HON. HAYWOOD S. GILLIAM, JR.

STIPULATION; ~~PROPOSED~~ ORDER